STATE OF IOWA, Appellee, v. JAMES YOUNG, Appellant.

Rape: EXCESSIVE PUNISHMENT. A sentence of twenty years im-
prisonment is held, under the evidence, to have been ex-
cessive punishment for an assault with intent to rape a child.

*Appeal from Mahaska District Court.—* HON. BYRON W.
PRESTON, Judge.

WEDNESDAY, OCTOBER 16, 1907.

DEFENDANT pleaded guilty to the crime of an assault
with intent to commit rape, and, from a sentence on that
plea of twenty years in the penitentiary, he appeals.—
*Modified and affirmed.*

*Burrell & Devitt,* for appellant.

*H. W. Byers,* Attorney-General, and *Charles W. Lyon,*
Assistant Attorney-General, for the State.

DEEMER, J.— The only question presented by this ap-
peal is the penalty imposed by the court. This is said to be
excessive, and we are asked to reduce it. After the plea of
guilty was entered, the trial court heard testimony to aid it
in imposing the sentence, and this testimony we now have
before us. We shall not set out the disgusting details
thereof. Suffice it to say that the testimony shows that the
mother of the prosecutrix was bartering away the virtue of
her child, and that defendant was at the mother's place seek-
ing illegal commerce with some one for a consideration.
The mother accepted compensation for commerce with her
child, and this she afterward returned to the defendant. De-
fendant had no connection with the child, and in what he
did seems to have acted upon the supposition that he was in

a house of ill fame.    The case lacks many of the elements of a vicious assault, and, without setting forth more of the record, we conclude by saying that we think ten years' imprisonment in the penitentiary a sufficient punishment for defendant's acts.

The sentence will be reduced to ten years, and, as thus *modified,* the judgment will be *affirmed.*